STOCKHAM PIPE & FITTINGS CO. v. KEY BOILER EQUIPMENT CO., Inc.
No. 5744.

Circuit Court of Appeals, Seventh Circuit.
Jan. 21, 1937.

Harry Lea Dodson, of Chicago, Ill., for appellants.

John D. Rippey and John H. Cassidy, both of St. Louis, Mo., for appellee.

Before EVANS, Circuit Judge.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "The parties hereto, having settled their differences out of Court, it is hereby stipulated that the appeal herein shall be dismissed without costs to either party." On consideration whereof it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed without costs to either party pursuant to the foregoing stipulation.

Alton D. STONE, Appellant, v. Earl REINHARDT, Doing Business as Reinhardt Trucking Company and Reinhardt Transfer Company, Appellee.
No. 7055.

Circuit Court of Appeals, Sixth Circuit.
March 9, 1937.

John T. Diederich and Strother Hynes, both of Ashland, Ky., for appellant.

Browning & Davis, of Ashland, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs, and argument of counsel, and it conclusively appearing that appellant's injury was proximately caused by the conduct of Dempsey in driving the car in which appellant was riding at a greater speed than would permit him to bring it to a stop within the assured clear distance ahead, in violation of section 12603, Gen. Code Ohio, it is therefore ordered and adjudged that the judgment of the District Court be, and the same is, affirmed.

THORP, BOSTWICK, REED & ARMSTRONG v. WEBSTER HALL CORPORATION OF AMERICA.
No. 7658.

Circuit Court of Appeals, Sixth Circuit.
March 4, 1937.

Bodman, Longley, Boyle, Middleton & Farley, of Detroit, Mich., for appellants.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

On petition of Thorp, Bostwick, Reed & Armstrong, appellants, and upon stipulation of counsel, it is ordered that the appeal of Thorp, Bostwick, Reed & Armstrong be, and the same is hereby, docketed and dismissed.